### 6634.   BELL v. THE STATE.

BROYLES, J.   1.   Ineligibility of a juror because of service in the same court during its next preceding term renders him incompetent propter defectum and is a good ground for challenge, but is not cause for a new trial, even though the fact of his ineligibility was not known to the defendant until after the verdict was rendered.  *Jordan* v. *State*, 119 *Ga.* 443 (6), 445 (46 S. E. 679); *Hill* v. *State*, 122 *Ga.* 166 (50 S. E. 57).

2.  The evidence authorized the verdict.                *Judgment affirmed.*

DECIDED OCTOBER 15, 1915.

Conviction of assault and battery; from Clay superior court—Judge Worrill.   April 3, 1915.

*P. C. King,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

---

### 6235.   SINYARD v. THE STATE.

WADE, J.   1.   Even under the statement of the defendant himself, the jury were authorized to find that the homicide was committed in repelling a mere assault, and the law of manslaughter was applicable. The evidence authorized the verdict.

2.  The assignments of error not dealt with above are not of sufficient materiality to have required the grant of a new trial.

*Judgment affirmed.*

DECIDED OCTOBER 21, 1915.

Conviction of manslaughter; from Walker superior court—Judge Wright.   October 24, 1914.

*W. E. Mann, R. M. W. Glenn,* for plaintiff in error.

*W. H. Ennis, solicitor-general,* contra.